FILED
9/14/2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>SERGIO MENCHACA PIZARRO, AKA "MENCHACA, JR." AKA "EL MENCHACA" AKA "EL ROBIN",<br><br>Defendant | **Case No: 4:23-CR-00371**<br><br>INDICTMENT<br><br>COUNT 1: 21 U.S.C. § 846, 841(a)(1), & (b)(1)(A)(vii), Conspiracy to Possess with Intent to Distribute Marijuana<br><br>COUNT 2: 21 U.S.C. § 963, 952(a), 960(a)(1), & 960(b)(1)(G), Conspiracy to Import a Controlled Substance<br><br>Count 3: 19 U.S.C. § 1459(a), (e), and (g), Reporting Requirements for Individuals |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 846, 841(a)(1), and (b)(1)(A)(vii)]

From on or about January 1, 2008, to the date of Indictment, in the Western District of Texas, Defendant,

SERGIO MENCHACA PIZARRO,
AKA "MENCHACA, JR." AKA "EL MENCHACA" AKA "EL ROBIN",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators

reasonably foreseeable to Defendant is 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(vii).

## COUNT TWO
**[21 U.S.C. § 963, 952(a), 960(a)(1), & 960(b)(1)(G)]**

From on or about January 1, 2008, to the date of Indictment, in the Western District of Texas, Defendant,

**SERGIO MENCHACA PIZARRO,**
**AKA "MENCHACA, JR." AKA "EL MENCHACA" AKA "EL ROBIN",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to an commit offense against the United States, in violation of Title 21, United States Code, Section 963, that is to say, the Defendant conspired to import a controlled substance, which offense involved marijuana, a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) and the quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, all in violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT THREE
**[19 U.S.C. § 1459(a), (e), and (g)]**

On or about August 17, 2023, in the Western District of Texas, Defendant,

**SERGIO MENCHACA PIZARRO,**
**AKA "MENCHACA, JR." AKA "EL MENCHACA" AKA "EL ROBIN",**

did intentionally fail to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security, and intentionally failed to immediately report his arrival and present himself for inspection to the customs officer at the customs facility at a designated crossing point, in violation of Title 19, United States Code, Sections, 1459(a), (e), and (g).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

BY: **JAIME ESPARZA**
    **UNITED STATES ATTORNEY**

_____
AMY L. GREENBAUM
Assistant United States Attorney